

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  ELIZABETH KERR
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK
  MIKE WALLACH
  BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

April 14, 2022

Bryce Perry
Assistant District Attorney
Wichita County Courthouse
900 7th St., Rm. 352
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Wichita County
900 7th Street, Rm. 303
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Hon. Meredith Kennedy
Judge, 78th District Court
Wichita County
900 7th St., Rm. 314
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Dustin E. Nimz
Nimz Law, PLLC
900 8th St., Ste. 1230
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Numbers:   02-22-00030-CR, 02-22-00031-CR,
                                     02-22-00032-CR
         Trial Court Case Numbers:   DC78-CR2021-0801, DC78-CR2019-0205,
                                     DC78-CR2022-0006

Style:   Ex parte Darren Germaine Hill

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced causes. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*